**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **CITY-WIDE COMMUNTY DEVELOPENT CORP.; LANCASTER URBAN VILLAGE RES. LLC; LANCASTER URBAN COMMCL. LLC** | § | **Case No. 21-30847-MVL-11** |
| | § | **PENDING PROCEDURAL CONSOLIDATION** |
| **CONSOLIDATED DEBTORS** | § | |

**INDEX TO EXHIBITS**

| Exhibit # | Description | Bates # | Offered | Objected | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|---|
| **A** | Historical Financials 2020 | **000003 - 000015** | | | | |
| **B** | Operations for Jan-Feb. 2021 | **000016 - 000019** | | | | |
| **C** | Projected 3 Year Financials (Reserved) | **000020** | | | | |
| **D** | Post-Petition Operations (Reserved) | **000021** | | | | |
| **E** | Hypothetical Liquidation (Reserved) | **000022** | | | | |
| **F** | Purchase Agreement with Purchaser (TBA—Under Negotiation) | **000023** | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **G** | Reserved | **000024** | | | | |
| **H** | Reserved | **000025** | | | | |
| **I** | Form of Ballot | **000026 - 000028** | | | | |

# EXHIBIT A

EX A

I. LUV

**CAPSTONE**
REAL ESTATE SERVICES, INC.

# LANCASTER URBAN VILLAGE APARTMENTS

## Monthly Financial Package

December 2020

61-440 LANCASTER URBAN VILLAGE APARTMENTS
4417 SOUTH LANCASTER
DALLAS, TX 75216

LANCASTER URBAN VILLAGE RESIDENTIAL, LLC
7001 PRESTON RD FIFTH FL
DALLAS, TX 75205

Page: 1 of 6
Report Date: 1/9/2021
Report Time: 4:53 PM
Units: 193
Sq Ft: 157933

**PROFIT & LOSS VARIANCE**
**61-440 Lancaster Urban Village**
**11/26/2020 to 12/25/2020**

| ACCT | DESCRIPTION | CURRENT PERIOD ACTUAL | CURRENT PERIOD BUDGET | VARIANCE FAV/(UNFAV) | YEAR TO DATE ACTUAL | YEAR TO DATE BUDGET | VARIANCE FAV/(UNFAV) | ANNUAL BUDGET |
|---|---|---|---|---|---|---|---|---|
| | REVENUE | | | | | | | |
| | INCOME | | | | | | | |
| 6000 | Rental Income | 195,428.00 | 182,388 | 13,040 | 2,191,478.00 | 2,154,029 | 37,449 | 2,154,029 |
| 6002 | Gain/Loss to Lease | (17,605.00) | (3,310) | (14,295) | (106,706.00) | (44,478) | (62,228) | (44,478) |
| 6010 | Vacancy Loss | (26,930.00) | (8,174) | (18,756) | (220,889.00) | (136,507) | (84,382) | (136,507) |
| 6043 | Resident Referral Discount | 0.00 | 0 | 0 | (450.00) | 0 | (450) | 0 |
| 6047 | Employee Discount | (147.00) | 0 | (147) | (1,660.00) | 0 | (1,660) | 0 |
| 6079 | One Time Concession | (560.00) | (2,500) | 1,940 | (21,975.00) | (36,000) | 14,025 | (36,000) |
| 6100 | Application Fees | 700.00 | 550 | 150 | 6,575.00 | 6,600 | (25) | 6,600 |
| 6101 | Storage Fees | 0.00 | 200 | (200) | 0.00 | 2,000 | (2,000) | 2,000 |
| 6103 | Non-Refundable Pet Fee | 0.00 | 0 | 0 | 157.00 | 600 | (443) | 600 |
| 6110 | Vending Commissions | 0.00 | 0 | 0 | 1,725.00 | 0 | 1,725 | 0 |
| 6120 | Interest | 11.54 | 25 | (13) | 150.92 | 25 | 126 | 25 |
| 6130 | Late/NSF Fees | 2,838.20 | 4,300 | (1,462) | 31,675.19 | 51,600 | (19,925) | 51,600 |
| 6131 | Month to Month | 0.00 | 200 | (200) | 0.00 | 2,400 | (2,400) | 2,400 |
| 6132 | Reletting Fees | 49.32 | 0 | 49 | 1,653.06 | 2,144 | (491) | 2,144 |
| 6135 | Renters Insurance | 0.00 | 150 | (150) | 452.00 | 1,800 | (1,348) | 1,800 |
| 6140 | Miscellaneous | 437.90 | 400 | 38 | 6,313.85 | 4,800 | 1,514 | 4,800 |
| 6143 | Pet Rent | 0.00 | 50 | (50) | 0.00 | 600 | (600) | 600 |
| 6144 | First Time Renter's Fee | 0.00 | 200 | (200) | 0.00 | 2,400 | (2,400) | 2,400 |
| 6145 | Write Offs | (16,719.86) | (5,400) | (11,320) | (56,752.23) | (62,800) | 6,048 | (62,800) |
| 6160 | Terminated Tenant Income | 0.00 | 0 | 0 | 825.36 | 400 | 425 | 400 |
| 6210 | Telephone Income | 0.00 | 580 | (580) | 5,852.00 | 6,960 | (1,108) | 6,960 |
| 6230 | Administrative Fees | 1,400.00 | 0 | 1,400 | 8,650.00 | 0 | 8,650 | 0 |
| | TOTAL INCOME | 138,903.10 | 169,659 | (30,756) | 1,847,075.15 | 1,956,573 | (109,498) | 1,956,573 |
| | OPERATING EXPENSES | | | | | | | |
| | REPAIRS & MAINTENANCE | | | | | | | |
| 7000 | Plumbing | 170.36 | 400 | 230 | 4,536.54 | 4,800 | 263 | 4,800 |
| 7010 | HVAC | 0.00 | 300 | 300 | 1,609.14 | 3,600 | 1,991 | 3,600 |
| 7011 | AC Filters | 108.55 | 0 | (109) | 569.44 | 280 | (289) | 280 |
| 7020 | Irrigation Repairs | 0.00 | 0 | 0 | 0.00 | 1,000 | 1,000 | 1,000 |

Page: 2 of 6
Report Date: 1/9/2021
Report Time: 4:53 PM
Units: 193
Sq Ft: 157933

## PROFIT & LOSS VARIANCE
### 61-440 Lancaster Urban Village
### 11/26/2020 to 12/25/2020

| ACCT | DESCRIPTION | CURRENT PERIOD ACTUAL | CURRENT PERIOD BUDGET | VARIANCE FAV/(UNFAV) | YEAR TO DATE ACTUAL | YEAR TO DATE BUDGET | VARIANCE FAV/(UNFAV) | ANNUAL BUDGET |
|---|---|---|---|---|---|---|---|---|
| 7030 | Electrical Repairs/Supplies | (682.26) | 350 | 1,032 | 1,673.89 | 4,200 | 2,526 | 4,200 |
| 7040 | Building Repairs/Supplies | (1,149.41) | 300 | 1,449 | 592.31 | 3,600 | 3,008 | 3,600 |
| 7041 | Uniforms | 0.00 | 0 | 0 | 0.00 | 1,200 | 1,200 | 1,200 |
| 7045 | Maintenance Supplies | 0.00 | 70 | 70 | (1,393.34) | 840 | 2,233 | 840 |
| 7050 | Appliance Repairs & Supplies | 393.75 | 150 | (244) | 4,561.58 | 1,800 | (2,762) | 1,800 |
| 7060 | Carpet Cleaning & Repair | 145.00 | 750 | 605 | 10,355.00 | 9,000 | (1,355) | 9,000 |
| 7061 | Carpet Replacement | 0.00 | 0 | 0 | 143.07 | 0 | (143) | 0 |
| 7063 | Safety & Fire Supplies | 62.92 | 0 | (63) | 1,332.88 | 0 | (1,333) | 0 |
| 7065 | Grounds Main. Supplies | 33.73 | 0 | (34) | 134.93 | 0 | (135) | 0 |
| 7066 | Sheetrock Repairs | 0.00 | 200 | 200 | 2,867.50 | 2,400 | (468) | 2,400 |
| 7070 | Paint/Paint Supplies | 646.06 | 500 | (146) | 4,210.17 | 6,000 | 1,790 | 6,000 |
| 7071 | Painting - Interior | 2,994.42 | 1,110 | (1,884) | 20,416.06 | 13,320 | (7,096) | 13,320 |
| 7075 | Locks & Keys | (702.49) | 83 | 785 | 3,199.93 | 996 | (2,204) | 996 |
| 7076 | Light Bulbs & Fixtures | 5.89 | 333 | 327 | 16,885.95 | 3,996 | (12,890) | 3,996 |
| 7077 | Window, Screen & Glass | 236.97 | 0 | (237) | 1,438.57 | 1,000 | (439) | 1,000 |
| 7079 | Small Tools, Hardware & Equip | 0.00 | 0 | 0 | 73.81 | 400 | 326 | 400 |
| 7080 | Apt. Cleaning & Janitorial | 810.00 | 800 | (10) | 9,828.47 | 9,600 | (228) | 9,600 |
| 7081 | Janitorial - Windows | 105.35 | 271 | 166 | 1,526.77 | 3,252 | 1,725 | 3,252 |
| 7082 | Janitorial - Supplies | 468.92 | 416 | (53) | 4,594.12 | 4,992 | 398 | 4,992 |
| 7085 | Make Ready Expense | 96.79 | 80 | (17) | 3,107.61 | 960 | (2,148) | 960 |
| 7090 | Pool Repair | 0.00 | 0 | 0 | 0.00 | 1,500 | 1,500 | 1,500 |
| 7092 | Sprinkler System Repair | 0.00 | 1,500 | 1,500 | 0.00 | 3,000 | 3,000 | 3,000 |
| 7095 | Fire Protection/Prevention | (63.00) | 0 | 63 | 7,487.58 | 5,000 | (2,488) | 5,000 |
| 7110 | Elevator Repairs | 0.00 | 0 | 0 | 1,430.44 | 2,000 | 570 | 2,000 |
| 7125 | Gate Repairs | 0.00 | 0 | 0 | 0.00 | 1,200 | 1,200 | 1,200 |
| | **TOTAL REPAIRS & MAINT.** | **3,681.55** | **7,613** | **3,931** | **101,182.42** | **89,936** | **(11,246)** | **89,936** |
| | **MONTHLY SERVICES** | | | | | | | |
| 7200 | Pest Control | 212.30 | 230 | 18 | 2,700.23 | 2,760 | 60 | 2,760 |
| 7201 | Pest Control Reimbursement | (318.59) | (510) | (191) | (4,022.14) | (6,000) | (1,978) | (6,000) |
| 7210 | Landscape Maintenance | 1,552.08 | 1,552 | 0 | 15,520.80 | 18,624 | 3,103 | 18,624 |
| 7220 | Pool Maintenance | 205.25 | 199 | (6) | 3,988.08 | 2,388 | (1,600) | 2,388 |

Page: 3 of 6
Report Date: 1/9/2021
Report Time: 4:53 PM
Units: 193
Sq Ft: 157933

## PROFIT & LOSS VARIANCE
### 61-440 Lancaster Urban Village
### 11/26/2020 to 12/25/2020

| ACCT | DESCRIPTION | CURRENT PERIOD ACTUAL | CURRENT PERIOD BUDGET | VARIANCE FAV/(UNFAV) | YEAR TO DATE ACTUAL | YEAR TO DATE BUDGET | VARIANCE FAV/(UNFAV) | ANNUAL BUDGET |
|---|---|---|---|---|---|---|---|---|
| 7235 | Equipment Rental | (3,825.00) | 0 | 3,825 | (695.00) | 0 | 695 | 0 |
| 7237 | Fire Protection | 40.00 | 40 | 0 | 2,496.65 | 480 | (2,017) | 480 |
| 7240 | Security Systems | 0.00 | 0 | 0 | 42.12 | 672 | 630 | 672 |
| 7245 | Courtesy Patrol | 1,000.00 | 1,000 | 0 | 10,000.00 | 12,000 | 2,000 | 12,000 |
| 7250 | Answering Service | (1,573.32) | 205 | 1,778 | 1,545.08 | 2,765 | 1,220 | 2,765 |
| 7260 | Elevator Service | 0.00 | 0 | 0 | 0.00 | 7,800 | 7,800 | 7,800 |
| 7265 | Monthly Services | 0.00 | 0 | 0 | 582.77 | 0 | (583) | 0 |
| 7267 | Key Track | 59.48 | 60 | 1 | 602.92 | 720 | 117 | 720 |
| 7277 | Parking Lease Expense | 1,300.00 | 650 | (650) | 6,500.00 | 7,800 | 1,300 | 7,800 |
| | **TOTAL MONTHLY SERVICES** | **(1,347.80)** | **3,426** | **4,774** | **39,261.51** | **50,009** | **10,747** | **50,009** |
| | **UTILITIES** | | | | | | | |
| 7301 | Water Billing | 0.00 | 0 | 0 | 3,979.84 | 0 | (3,980) | 0 |
| 7302 | Water | 4,942.27 | 2,105 | (2,837) | 53,077.36 | 26,135 | (26,942) | 26,135 |
| 7304 | Wastewater | 2,623.14 | 2,050 | (573) | 24,038.45 | 24,600 | 562 | 24,600 |
| 7305 | Water and Sewer Reimbursement | (7,158.36) | (3,060) | 4,098 | (60,870.23) | (36,720) | 24,150 | (36,720) |
| 7306 | Utility Billing Service | (951.39) | (520) | 431 | (9,565.82) | (6,240) | 3,326 | (6,240) |
| 7310 | Electricity | 3,969.17 | 3,830 | (139) | 41,640.17 | 49,049 | 7,409 | 49,049 |
| 7311 | Electricity - Vacant | 909.89 | 500 | (410) | 8,677.55 | 6,000 | (2,678) | 6,000 |
| 7313 | Electric Reimbursement | (405.82) | (250) | 156 | (3,262.26) | (3,000) | 262 | (3,000) |
| 7320 | Gas | 54.30 | 49 | (5) | 647.97 | 588 | (60) | 588 |
| 7330 | Trash Removal | 2,162.84 | 1,342 | (821) | 25,536.74 | 17,403 | (8,134) | 17,403 |
| 7331 | Trash Reimbursement | (624.44) | (710) | (86) | (8,004.48) | (8,300) | (296) | (8,300) |
| 7340 | Cable TV | 0.18 | 0 | 0 | 0.51 | 0 | (1) | 0 |
| 7341 | Internet Expense | 268.81 | 53 | (216) | 2,570.64 | 636 | (1,935) | 636 |
| 7350 | Telephone & Pagers | 1,483.37 | 630 | (853) | 12,909.15 | * 7,560 | (5,349) | 7,560 |
| | **TOTAL UTILITIES** | **7,273.96** | **6,019** | **(1,255)** | **91,375.59** | **77,711** | **(13,665)** | **77,711** |
| | **AD & PROMOTION** | | | | | | | |
| 7405 | Marketing and Communication Management | 327.00 | 199 | (128) | 2,030.96 | 2,388 | 357 | 2,388 |
| 7410 | Advertising | 0.00 | 1,292 | 1,292 | 4,630.00 | 15,504 | 10,874 | 15,504 |
| 7412 | Internet Advertising | 1,162.47 | 1,125 | (37) | 9,037.47 | 13,500 | 4,463 | 13,500 |

Page: 6 of 6
Report Date: 1/9/2021
Report Time: 4:53 PM
Units: 193
Sq Ft: 157933

## PROFIT & LOSS VARIANCE
### 61-440 Lancaster Urban Village
### 11/26/2020 to 12/25/2020

| ACCT | DESCRIPTION | CURRENT PERIOD ACTUAL | CURRENT PERIOD BUDGET | VARIANCE FAV/(UNFAV) | YEAR TO DATE ACTUAL | YEAR TO DATE BUDGET | VARIANCE FAV/(UNFAV) | ANNUAL BUDGET |
|---|---|---|---|---|---|---|---|---|
| 8017 | Painting Interior | 0.00 | 0 | 0 | 9,288.19 | 0 | (9,288) | 0 |
| 8018 | Carpet Replacement | 1,832.92 | 3,813 | 1,980 | 36,840.98 | 45,756 | 8,915 | 45,756 |
| 8019 | Appliance Replacement | 0.00 | 0 | 0 | 2,118.73 | 0 | (2,119) | 0 |
| 8021 | Blinds | 263.91 | 0 | (264) | 1,507.66 | 0 | (1,508) | 0 |
| 8023 | Resurfacing | 847.00 | 240 | (607) | 7,302.00 | 2,880 | (4,422) | 2,880 |
| 8033 | Interior Improvements | 60.37 | 0 | (60) | 60.37 | 0 | (60) | 0 |
| 8034 | Fire Restoration | 0.00 | 0 | 0 | (4,137.22) | 0 | 4,137 | 0 |
| 8050 | Washers & Dryers | 0.00 | 0 | 0 | 5,795.49 | 0 | (5,795) | 0 |
| 8051 | Dishwashers | 0.00 | 0 | 0 | 776.11 | 0 | (776) | 0 |
| 8052 | Refrigerators | 0.00 | 0 | 0 | 931.82 | 0 | (932) | 0 |
| 8053 | Range/Oven | 0.00 | 0 | 0 | 1,713.18 | 0 | (1,713) | 0 |
| 8054 | Disposals | 0.00 | 0 | 0 | 467.21 | 0 | (467) | 0 |
| 8058 | Ceiling Fans | 316.40 | 0 | (316) | 485.25 | 0 | (485) | 0 |
| 8080 | Kitchen Improvement | 0.00 | 0 | 0 | 392.42 | 0 | (392) | 0 |
| 8089 | Interior Hardware | 3,846.61 | 0 | (3,847) | 6,379.32 | 0 | (6,379) | 0 |
| | TOTAL CAPITAL GENERAL | 11,795.24 | 6,053 | (5,742) | 95,341.61 | 58,636 | (36,706) | 58,636 |
| | NET INCOME | (76,366.48) | 39,771 | (116,137) | 71,092.83 | 364,297.00 | (293,204) | 364,297 |

Page: 1 of 3
Report Date: 1/9/2021
Report Time: 4:53 PM
Units: 193
Sq Ft: 157933

## BALANCE SHEET
### 61-440 Lancaster Urban Village
### 11/26/2020 to 12/25/2020

| ACCT | DESCRIPTION | ENDING BALANCE | TOTAL |
|---|---|---|---|
| | ASSETS | | |
| | CASH | | |
| 1000 | Cash - Owner | 138,976.00 | |
| 1005 | Operating Cash - JPMorgan Chase | 136,188.13 | |
| 1010 | Operating Reserve | 8,500.00 | |
| 1050 | Petty Cash | 500.00 | |
| 1112 | Security Deposits - Chase | 38,450.00 | |
| | TOTAL CASH | | 322,614.13 |
| | OTHER CURRENT ASSETS | | |
| 1130 | Tax Escrow | 235,158.55 | |
| 1140 | Insurance Escrow | 52,924.28 | |
| 1150 | MIP Escrow | 30,918.06 | |
| 1160 | Capital Reserve | 358,616.69 | |
| 1200 | Prepaid Insurance | 52,982.00 | |
| 1205 | Prepaid MIP | 29,305.85 | |
| 1300 | Utility Deposits | 5,425.00 | |
| 1301 | Resident Receivable | 20,466.88 | |
| | TOTAL OTHER CURRENT ASSETS | | 785,797.31 |
| | FIXED ASSETS | | |
| 1500 | Building | 16,299,090.00 | |
| 1510 | FF&E | 1,107,821.00 | |
| 1520 | Site Improvements | 1,013,791.00 | |
| 1750 | Accumulated Depreciation - Building | (1,947,711.00) | |
| 1751 | Accumulated Depreciation - FF&E | (1,033,004.00) | |
| 1752 | Accumulated Depreciation - Site Improvements | (315,401.00) | |
| | TOTAL FIXED ASSETS | | 15,124,586.00 |
| | INTANGIBLE ASSETS | | |
| 1800 | Deferred Loan Costs | 163,291.00 | |
| 1850 | Accumulated Amortization | (18,991.00) | |

**BALANCE SHEET**
**61-440 Lancaster Urban Village**
**11/26/2020 to 12/25/2020**

| ACCT | DESCRIPTION | ENDING BALANCE | TOTAL |
|---|---|---|---|
| | TOTAL INTANGIBLE ASSETS | | 144,300.00 |
| | TOTAL ASSETS | | 16,377,297.44 |
| | LIABILITIES | | |
| | LIABILITIES | | |
| 2000 | Accounts Payable | (3,655.98) | |
| 2003 | Accounts Payable - Entity | 49,528.00 | |
| 2005 | HUD 221 (d) (4) Loan | 13,506,167.13 | |
| 2011 | CWCDC Surplus Cash Loan | 1,614,312.00 | |
| 2012 | Accrued Interest Surplus Cash | 55,172.00 | |
| 2020 | Developer Fee Note | 2,500,000.00 | |
| 2021 | Accrued Developer Fee Interest | 449,084.00 | |
| 2047 | Prepaid Rent | 2,883.72 | |
| 2100 | Security Deposits | 38,450.00 | |
| 2110 | Accrued Interest | 254,984.00 | |
| 2111 | Accrued Interest - HUD Loan | 29,612.00 | |
| 2120 | Tax Accrual | 298,416.25 | |
| 2150 | Due to Affiliate | 662,772.00 | |
| 2155 | Parking Garage Payable | 11,700.00 | |
| 2160 | Monthly Accruals | 19,466.54 | |
| 2501 | Due to/from LUVC | (231,037.45) | |
| | TOTAL LIABILITIES | | 19,257,854.21 |
| | EQUITY | | |
| 3000 | Earnings Beginning of Period | (3,092,087.60) | |
| 3020 | Equity - CWCDC | 205,438.00 | |
| 3050 | Owner Distributions | (65,000.00) | |
| | NET INCOME | 71,092.83 | |
| | TOTAL EQUITY | | (2,880,556.77) |
| | TOTAL LIABILITIES & EQUITY | | 16,377,297.44 |



**BALANCE SHEET**
**61-440 Lancaster Urban Village**
**11/26/2020 to 12/25/2020**

| ACCT | DESCRIPTION | ENDING BALANCE | TOTAL |
|---|---|---|---|

Page: 1 of 8
Report Date: 1/9/2021
Report Time: 4:53 PM
Units: 193
Sq Ft: 157933

**TRIAL BALANCE**
**61-440 Lancaster Urban Village**
**11/26/2020 to 12/25/2020**

| ACCT | DESCRIPTION | TYPICAL DR+ / CR- | BEGINNING BALANCE | DEBITS | CREDITS | NET CHANGE | ENDING BALANCE |
|---|---|---|---|---|---|---|---|
| | **ASSETS** | | | | | | |
| | **CASH** | | | | | | |
| 1000 | Cash - Owner | DR | 138,976.00 | 0.00 | 0.00 | 0.00 | 138,976.00 |
| 1005 | Operating Cash - JPMorgan Chase | DR | 125,515.48 | 171,147.22 | (160,474.57) | 10,672.65 | 136,188.13 |
| 1010 | Operating Reserve | DR | 8,500.00 | 0.00 | 0.00 | 0.00 | 8,500.00 |
| 1050 | Petty Cash | DR | 500.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| 1099 | Deposits Banked | DR | 0.00 | 172,971.94 | (172,971.94) | 0.00 | 0.00 |
| 1112 | Security Deposits - Chase | DR | 39,250.00 | 0.00 | (800.00) | (800.00) | 38,450.00 |
| | **TOTAL CASH** | | **312,741.48** | **344,119.16** | **(334,246.51)** | **9,872.65** | **322,614.13** |
| | **OTHER CURRENT ASSETS** | | | | | | |
| 1130 | Tax Escrow | DR | 216,382.24 | 18,776.31 | 0.00 | 18,776.31 | 235,158.55 |
| 1140 | Insurance Escrow | DR | 45,783.58 | 7,140.70 | 0.00 | 7,140.70 | 52,924.28 |
| 1150 | MIP Escrow | DR | 25,944.19 | 4,973.87 | 0.00 | 4,973.87 | 30,918.06 |
| 1160 | Capital Reserve | DR | 353,304.82 | 5,311.87 | 0.00 | 5,311.87 | 358,616.69 |
| 1200 | Prepaid Insurance | DR | 61,812.33 | 0.00 | (8,830.33) | (8,830.33) | 52,982.00 |
| 1205 | Prepaid MIP | DR | 18,159.33 | 21,259.60 | (10,113.08) | 11,146.52 | 29,305.85 |
| 1300 | Utility Deposits | DR | 5,425.00 | 0.00 | 0.00 | 0.00 | 5,425.00 |
| 1301 | Resident Receivable | DR | 27,920.16 | 159,341.03 | (166,794.31) | (7,453.28) | 20,466.88 |
| | **TOTAL OTHER CURRENT ASSETS** | | **754,731.65** | **216,803.38** | **(185,737.72)** | **31,065.66** | **785,797.31** |
| | **FIXED ASSETS** | | | | | | |
| 1500 | Building | DR | 16,299,090.00 | 0.00 | 0.00 | 0.00 | 16,299,090.00 |
| 1510 | FF&E | DR | 1,107,821.00 | 0.00 | 0.00 | 0.00 | 1,107,821.00 |
| 1520 | Site Improvements | DR | 1,013,791.00 | 0.00 | 0.00 | 0.00 | 1,013,791.00 |
| 1750 | Accumulated Depreciation - Building | DR | (1,947,711.00) | 0.00 | 0.00 | 0.00 | (1,947,711.00) |
| 1751 | Accumulated Depreciation - FF&E | DR | (1,033,004.00) | 0.00 | 0.00 | 0.00 | (1,033,004.00) |
| 1752 | Accumulated Depreciation - Site | DR | (315,401.00) | 0.00 | 0.00 | 0.00 | (315,401.00) |
| | **TOTAL FIXED ASSETS** | | **15,124,586.00** | **0.00** | **0.00** | **0.00** | **15,124,586.00** |

Page: 2 of 8
Report Date: 1/9/2021
Report Time: 4:53 PM
Units: 193
Sq Ft: 157933

**TRIAL BALANCE**
**61-440 Lancaster Urban Village**
**11/26/2020 to 12/25/2020**

| ACCT | DESCRIPTION | TYPICAL DR+ / CR- | BEGINNING BALANCE | DEBITS | CREDITS | NET CHANGE | ENDING BALANCE |
|---|---|---|---|---|---|---|---|
| | **INTANGIBLE ASSETS** | | | | | | |
| 1800 | Deferred Loan Costs | DR | 163,291.00 | 0.00 | 0.00 | 0.00 | 163,291.00 |
| 1850 | Accumulated Amortization | DR | (18,991.00) | 0.00 | 0.00 | 0.00 | (18,991.00) |
| | **TOTAL INTANGIBLE ASSETS** | | **144,300.00** | **0.00** | **0.00** | **0.00** | **144,300.00** |
| | **TOTAL ASSETS** | | **16,336,359.13** | | | | **16,377,297.44** |
| | **LIABILITIES** | | | | | | |
| | **LIABILITIES** | | | | | | |
| 2000 | Accounts Payable | CR | 2,934.98 | 155,785.66 | (155,064.66) | 721.00 | 3,655.98 |
| 2003 | Accounts Payable - Entity | CR | (49,528.00) | 0.00 | 0.00 | 0.00 | (49,528.00) |
| 2005 | HUD 221 (d) (4) Loan | CR | (13,506,167.13) | 0.00 | 0.00 | 0.00 | (13,506,167.13) |
| 2010 | S/D Due to Residents | CR | 0.00 | 162.23 | (162.23) | 0.00 | 0.00 |
| 2011 | CWCDC Surplus Cash Loan | CR | (1,614,312.00) | 0.00 | 0.00 | 0.00 | (1,614,312.00) |
| 2012 | Accrued Interest Surplus Cash | CR | (55,172.00) | 0.00 | 0.00 | 0.00 | (55,172.00) |
| 2020 | Developer Fee Note | CR | (2,500,000.00) | 0.00 | 0.00 | 0.00 | (2,500,000.00) |
| 2021 | Accrued Developer Fee Interest | CR | (449,084.00) | 0.00 | 0.00 | 0.00 | (449,084.00) |
| 2047 | Prepaid Rent | CR | (3,796.11) | 912.39 | 0.00 | 912.39 | (2,883.72) |
| 2100 | Security Deposits | CR | (39,250.00) | 1,650.00 | (850.00) | 800.00 | (38,450.00) |
| 2110 | Accrued Interest | CR | (254,984.00) | 0.00 | 0.00 | 0.00 | (254,984.00) |
| 2111 | Accrued Interest - HUD Loan | CR | (29,612.00) | 0.00 | 0.00 | 0.00 | (29,612.00) |
| 2120 | Tax Accrual | CR | (192,314.44) | 0.00 | (106,101.81) | (106,101.81) | (298,416.25) |
| 2150 | Due to Affiliate | CR | (662,772.00) | 0.00 | 0.00 | 0.00 | (662,772.00) |
| 2155 | Parking Garage Payable | CR | (11,700.00) | 0.00 | 0.00 | 0.00 | (11,700.00) |
| 2160 | Monthly Accruals | CR | (5,830.17) | 14,092.39 | (27,728.76) | (13,636.37) | (19,466.54) |
| 2501 | Due to/from LUVC | CR | 231,037.45 | 0.00 | 0.00 | 0.00 | 231,037.45 |
| | **TOTAL LIABILITIES** | | **(19,140,549.42)** | **172,602.67** | **(289,907.46)** | **(117,304.79)** | **(19,257,854.21)** |
| | **EQUITY** | | | | | | |
| 3000 | Earnings Beginning of Period | CR | 3,092,087.60 | 0.00 | 0.00 | 0.00 | 3,092,087.60 |

Report Date: 1/9/2021
Report Time: 4:53 PM
Units: 193
Sq Ft: 157933

**TRIAL BALANCE**
**61-440 Lancaster Urban Village**
**11/26/2020 to 12/25/2020**

| ACCT | DESCRIPTION | TYPICAL DR+ / CR- | BEGINNING BALANCE | DEBITS | CREDITS | NET CHANGE | ENDING BALANCE |
|---|---|---|---|---|---|---|---|
| 3020 | Equity - CWCDC | CR | (205,438.00) | 0.00 | 0.00 | 0.00 | (205,438.00) |
| 3050 | Owner Distributions | CR | 65,000.00 | 0.00 | 0.00 | 0.00 | 65,000.00 |
| | NET INCOME | | (147,459.31) | 0.00 | 0.00 | 0.00 | (71,092.83) |
| | TOTAL EQUITY | | 2,804,190.29 | 0.00 | 0.00 | 0.00 | 2,880,556.77 |
| | TOTAL LIABILITIES & EQUITY | | (16,336,359.13) | | | | (16,377,297.44) |
| | REVENUE | | | | | | |
| | INCOME | | | | | | |
| 6000 | Rental Income | CR | (1,996,050.00) | 0.00 | (195,428.00) | (195,428.00) | (2,191,478.00) |
| 6002 | Gain/Loss to Lease | CR | 89,101.00 | 17,605.00 | 0.00 | 17,605.00 | 106,706.00 |
| 6010 | Vacancy Loss | CR | 193,959.00 | 26,930.00 | 0.00 | 26,930.00 | 220,889.00 |
| 6043 | Resident Referral Discount | CR | 450.00 | 0.00 | 0.00 | 0.00 | 450.00 |
| 6047 | Employee Discount | CR | 1,513.00 | 147.00 | 0.00 | 147.00 | 1,660.00 |
| 6079 | One Time Concession | CR | 21,415.00 | 560.00 | 0.00 | 560.00 | 21,975.00 |
| 6100 | Application Fees | CR | (5,875.00) | 0.00 | (700.00) | (700.00) | (6,575.00) |
| 6103 | Non-Refundable Pet Fee | CR | (157.00) | 0.00 | 0.00 | 0.00 | (157.00) |
| 6110 | Vending Commissions | CR | (1,725.00) | 0.00 | 0.00 | 0.00 | (1,725.00) |
| 6120 | Interest | CR | (139.38) | 0.00 | (11.54) | (11.54) | (150.92) |
| 6130 | Late/NSF Fees | CR | (28,836.99) | 0.00 | (2,838.20) | (2,838.20) | (31,675.19) |
| 6132 | Reletting Fees | CR | (1,603.74) | 0.00 | (49.32) | (49.32) | (1,653.06) |
| 6135 | Renters Insurance | CR | (452.00) | 0.00 | 0.00 | 0.00 | (452.00) |
| 6140 | Miscellaneous | CR | (5,875.95) | 14.40 | (452.30) | (437.90) | (6,313.85) |
| 6145 | Write Offs | CR | 40,032.37 | 16,719.86 | 0.00 | 16,719.86 | 56,752.23 |
| 6160 | Terminated Tenant Income | CR | (825.36) | 0.00 | 0.00 | 0.00 | (825.36) |
| 6210 | Telephone Income | CR | (5,852.00) | 0.00 | 0.00 | 0.00 | (5,852.00) |
| 6230 | Administrative Fees | CR | (7,250.00) | 0.00 | (1,400.00) | (1,400.00) | (8,650.00) |
| | TOTAL INCOME | | (1,708,172.05) | 61,976.26 | (200,879.36) | (138,903.10) | (1,847,075.15) |
| | OPERATING EXPENSES | | | | | | |


Report Date: 1/9/2021
Report Time: 4:53 PM
Units: 193
Sq Ft: 157933

**TRIAL BALANCE**
**61-440 Lancaster Urban Village**
**11/26/2020 to 12/25/2020**

| ACCT | DESCRIPTION | TYPICAL DR+ / CR- | BEGINNING BALANCE | DEBITS | CREDITS | NET CHANGE | ENDING BALANCE |
|---|---|---|---|---|---|---|---|
| | REPAIRS & MAINTENANCE | | | | | | |
| 7000 | Plumbing | DR | 4,366.18 | 170.36 | 0.00 | 170.36 | 4,536.54 |
| 7010 | HVAC | DR | 1,609.14 | 0.00 | 0.00 | 0.00 | 1,609.14 |
| 7011 | AC Filters | DR | 460.89 | 108.55 | 0.00 | 108.55 | 569.44 |
| 7030 | Electrical Repairs/Supplies | DR | 2,356.15 | 283.38 | (965.64) | (682.26) | 1,673.89 |
| 7040 | Building Repairs/Supplies | DR | 1,741.72 | 530.06 | (1,679.47) | (1,149.41) | 592.31 |
| 7045 | Maintenance Supplies | DR | (1,393.34) | 40.91 | (40.91) | 0.00 | (1,393.34) |
| 7050 | Appliance Repairs & Supplies | DR | 4,167.83 | 393.75 | 0.00 | 393.75 | 4,561.58 |
| 7060 | Carpet Cleaning & Repair | DR | 10,210.00 | 145.00 | 0.00 | 145.00 | 10,355.00 |
| 7061 | Carpet Replacement | DR | 143.07 | 0.00 | 0.00 | 0.00 | 143.07 |
| 7063 | Safety & Fire Supplies | DR | 1,269.96 | 62.92 | 0.00 | 62.92 | 1,332.88 |
| 7065 | Grounds Main. Supplies | DR | 101.20 | 33.73 | 0.00 | 33.73 | 134.93 |
| 7066 | Sheetrock Repairs | DR | 2,867.50 | 0.00 | 0.00 | 0.00 | 2,867.50 |
| 7070 | Paint/Paint Supplies | DR | 3,564.11 | 646.06 | 0.00 | 646.06 | 4,210.17 |
| 7071 | Painting - Interior | DR | 17,421.64 | 2,994.42 | 0.00 | 2,994.42 | 20,416.06 |
| 7075 | Locks & Keys | DR | 3,902.42 | 743.22 | (1,445.71) | (702.49) | 3,199.93 |
| 7076 | Light Bulbs & Fixtures | DR | 16,880.06 | 1,986.54 | (1,980.65) | 5.89 | 16,885.95 |
| 7077 | Window, Screen & Glass | DR | 1,201.60 | 236.97 | 0.00 | 236.97 | 1,438.57 |
| 7079 | Small Tools, Hardware & Equip | DR | 73.81 | 0.00 | 0.00 | 0.00 | 73.81 |
| 7080 | Apt. Cleaning & Janitorial | DR | 9,018.47 | 1,132.78 | (322.78) | 810.00 | 9,828.47 |
| 7081 | Janitorial - Windows | DR | 1,421.42 | 105.35 | 0.00 | 105.35 | 1,526.77 |
| 7082 | Janitorial - Supplies | DR | 4,125.20 | 468.92 | 0.00 | 468.92 | 4,594.12 |
| 7085 | Make Ready Expense | DR | 3,010.82 | 96.79 | 0.00 | 96.79 | 3,107.61 |
| 7095 | Fire Protection/Prevention | DR | 7,550.58 | 63.00 | (126.00) | (63.00) | 7,487.58 |
| 7110 | Elevator Repairs | DR | 1,430.44 | 0.00 | 0.00 | 0.00 | 1,430.44 |
| | TOTAL REPAIRS & MAINT. | | 97,500.87 | 10,242.71 | (6,561.16) | 3,681.55 | 101,182.42 |
| | MONTHLY SERVICES | | | | | | |
| 7200 | Pest Control | DR | 2,487.93 | 212.30 | 0.00 | 212.30 | 2,700.23 |
| 7201 | Pest Control Reimbursement | DR | (3,703.55) | 0.00 | (318.59) | (318.59) | (4,022.14) |

# EX. A II LKC

PROFIT & LOSS 2020

Lancaster Kiest Crossing

PROFIT & LOSS 2020

3155 S Lancaster Rd Suite
Dallas, TX 75216

| DESCRIPTION | JAN | FEB | MARCH | APRIL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TENANT | $10,907 | $10,907 | $10,907 | $5,707 | $5,707 | $7,007 | $7,007 | $7,007 | $7,007 | $8,357 | $9,257 | $9,257 | $99,034 |
| TOTAL REVENUE | | | | | | | | | | | | | $0 |
| Operating Expenses | | | | | | | | | | | | | $0 |
| Repair Maintenance | $1,024 | | | $1,024 | | | $1,024 | | | $1,024 | | $1,024 | $5,120 |
| Monthly Services | $1,727 | $1,169 | $487 | $483 | $489 | $489 | $493 | $497 | $529 | $494 | $562 | $495 | $7,914 |
| Utilities | $1,117 | $403 | $516 | $693 | $336 | $339 | $432 | $628 | $675 | $641 | $748 | $1,251 | $7,779 |
| Marketing | | | | | | | | | | | | | $0 |
| Accounting | | | | | | | | | | | | | $0 |
| Gen Admin | | | | | | | | | | | | | $0 |
| Management fee | | | | | | | | | | | | | $0 |
| Property Taxes | $46,078 | | | | | | | | | | | | $46,078 |
| Prop Insurance | $550 | $550 | $550 | $550 | $550 | $550 | $550 | $550 | $550 | $550 | | | $5,500 |
| Reserves | | | | | | | | | | | | | $0 |
| Misc Services | | | | | | | | | | | | | $0 |
| Total Operating Exp | | | | | | | | | | | | | $72,391 |
| Expenses w/o Property Tax | | | | | | | | | | | | | $26,313 |

$99,034.00 Revenue
$ 72,391.00 Expense
- $68,476.00 Debt Svc
<$41,833.00> Loss

EX. A I... LOB

**PROFIT & LOSS 2020**

City Wide CDC
3730 S Lancaster Rd Suite 100
Dallas, TX 75216

| DESCRIPTION | JAN | FEB | MARCH | APRIL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TENANT | $2,625 | $2,625 | $2,625 | $2,625 | $2,625 | $2,625 | $2,625 | $2,625 | $2,625 | $2,625 | $2,625 | $2,625 | $31,500 |
| Operating Expenses | | | | | | | | | | | | | |
| Repair Maintenance | | $700 | $245 | $917 | $1,850 | $175 | $400 | $620 | $1,386 | $1,724 | $460 | $125 | $8,602 |
| Monthly Services | $1,043 | $939 | $1,601 | $1,582 | $1,222 | $794 | $1,378 | $482 | $707 | $806 | $563 | $868 | $11,985 |
| Utilities | $1,005 | $1,869 | $342 | $631 | $1,464 | $854 | $879 | $1,737 | $2,692 | $1,437 | $1,015 | $937 | $14,862 |
| Marketing | | | | | | $1,165 | | $1,000 | | | | | $2,165 |
| Accounting | | | $1,000 | | | | | | $462 | | | | $1,462 |
| Gen Admin | | | | | | | | | | | | | |
| Management fee | | | | | | | | | | | | | |
| Property Taxes | $13,750 | | | | | | | | | | | | $13,750 |
| Prop Insurance | $410 | $410 | $410 | $410 | $410 | $410 | $410 | $410 | $410 | $410 | | | $4,100 |
| Reserves | | | | | | | | | | | | | |
| Misc Services | $30 | | | $130 | | $878 | $111 | | | | | | |
| Total Operating Exp | $16,238 | $3,918 | $3,598 | $3,670 | $4,946 | $4,276 | $3,178 | $4,249 | $5,657 | $4,377 | $2,038 | $1,930 | $56,926 |
| Expenses w/o Taxes | | | | | | | | | | | | | $43,176 |

$ 31,500.00 Revenue
− $ 56,926.00 Expenses
⟨$ 25,426.00⟩

# EX. A Iv BGA

PROFIT & LOSS 2020

Blossom Gardens
5650 Gaston Ave
Dallas, TX 75214

| DESCRIPTION | JAN | FEB | MARCH | APRIL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DHA | $6,926 | $6,315 | $6,315 | $6,866 | $6,695 | $6,121 | $6,742 | $6,722 | $6,722 | $6,722 | $6,655 | $6,718 | $79,519 |
| TENANT | $3,874 | $3,565 | $3,565 | $3,934 | $4,105 | $4,170 | $4,078 | $3,871 | $4,098 | $3,872 | $4,117 | $4,098 | $47,347 |
| TOTAL REVENU | $10,800 | $9,880 | $9,880 | $10,800 | $10,800 | $10,291 | $10,820 | $10,593 | $10,820 | $10,594 | $10,772 | $10,816 | $126,866 |
| Operating Expenses | | | | | | | | | | | | | |
| Repair Maintenance | $0 | $125 | $300 | $1,200 | $482 | $4,541 | $816 | $1,360 | $750 | $350 | $400 | $350 | $10,674 |
| Monthly Services | $446 | $446 | $446 | $446 | $446 | $446 | $446 | $446 | $446 | $446 | $446 | $446 | $5,350 |
| Utilities | $1,948 | $1,799 | $1,761 | $1,390 | $1,647 | $1,625 | $1,579 | $1,715 | $1,745 | $1,920 | $1,665 | $1,902 | $20,695 |
| Marketing | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $600 |
| Accounting | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $2,400 |
| Gen Admin | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $3,600 |
| Management fee | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $6,000 |
| Property Taxes | $1,159 | $1,159 | $1,159 | $1,159 | $1,159 | $1,159 | $1,159 | $1,159 | $1,159 | $1,159 | $1,159 | $1,159 | $13,906 |
| Prop Insurance | $511 | $511 | $511 | $511 | $511 | $511 | $511 | $511 | $511 | $511 | $511 | $511 | $6,132 |
| Reserves | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $3,600 |
| Misc Services | $250 | $170 | $170 | $170 | $170 | $170 | $170 | $170 | $170 | $170 | $170 | $150 | $2,100 |
| Total Operating Exp | $5,663 | $5,560 | $5,697 | $6,226 | $5,764 | $9,802 | $6,031 | $6,710 | $6,130 | $5,905 | $5,701 | $5,868 | $75,057 |
| Expenses w/o Property Tax | | | | | | | | | | | | | $61,151 |

$126,866.00 Revenue
- $ 75,057.00 Expense
$51,809.00

EX. A V CWCDC

9:12 AM
03/30/21
Accrual Basis

# Citywide Community Development Corp
## Balance Sheet
### As of December 31, 2020

| | | | Dec 31, 20 | |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| **Checking/Savings** | | | | |
| 10000 · Cash on Hand & In banks | | | 17,327.93 | |
| **Total Checking/Savings** | | | 17,327.93 | |
| **Accounts Receivable** | | | | |
| 11100 · Grants Receivable | | | | |
| 11101 · COD Reentry Program Receivable | | 3,661.17 | | |
| Total 11100 · Grants Receivable | | | 3,661.17 | |
| 11490 · Due From | | | 33,000.00 | |
| **Total Accounts Receivable** | | | 36,661.17 | |
| **Other Current Assets** | | | | |
| 11010 · Line of Credit-Legacy Texas Bk | | | 7,653.81 | |
| 11491 · Due From/ To | | | 80,115.92 | |
| 12110 · Tenant Security Deposits | | | 7,081.00 | |
| 12500 · Developer's Fees Receivable | | | 183,725.00 | |
| 13001 · Interest Receivable | | | 29,276.25 | |
| 13550 · Due From-Lancaster Kiest Vill. | | | 11,575.00 | |
| 13551 · Due From Reentry Program | | | 2,000.00 | |
| 13610 · Employee Advances | | | 5,727.91 | |
| 19500 · Earnest Money | | | 13,601.04 | |
| **Total Other Current Assets** | | | 340,755.93 | |
| **Total Current Assets** | | | 394,745.03 | |
| **Fixed Assets** | | | | |
| 14000 · Construction in Progress. | | | | |
| 14710 · Construction In Progress | | 144,286.27 | | |
| 14000 · Construction in Progress. - Other | | 14,224.99 | | |
| Total 14000 · Construction in Progress. | | | 158,511.26 | |
| 15000 · Furniture and Fixtures | | | 13,109.12 | |
| 15100 · Equipment | | | 9,098.71 | |
| 15200 · Automobiles | | | 25,400.21 | |
| 15500 · Building | | | | |
| 15503 · Lancaster Office Building | | 2,110,184.79 | | |
| 15500 · Building - Other | | 444,205.71 | | |
| Total 15500 · Building | | | 2,554,390.50 | |
| 15600 · Building Improvements | | | | |
| 15400 · Leasehold Improvements | | 78,474.03 | | |
| 15600 · Building Improvements - Other | | 385,192.52 | | |
| Total 15600 · Building Improvements | | | 463,666.55 | |
| 16900 · Land | | | | |
| 14600 · Land - Lancaster Kiest Village | | | | |
| 14601 · Land - LKV Phase A | 625,250.40 | | | |
| 14602 · Land - LKV Phase B | 64,578.63 | | | |
| 14600 · Land - Lancaster Kiest Village - Other | 1,564,846.02 | | | |
| Total 14600 · Land - Lancaster Kiest Village | | 2,254,675.05 | | |
| 14604 · Land - Lancaster \ Opal Village | | 153,872.86 | | |
| 16910 · Land - Lancaster Office Bldg. | | 598,000.00 | | 1,476,101 |
| 16900 · Land - Other | | 724,228.23 | | |
| Total 16900 · Land | | | 3,730,776.14 | |

9:12 AM

03/30/21

Accrual Basis

# Citywide Community Development Corp
## Balance Sheet
### As of December 31, 2020

| | Dec 31, 20 |
|---|---|
| 16901 · Land Improvements | |
| 14610 · Land improvements - LKV | |
| 14611 · Land Improvements - Phase A | 15,295.63 |
| 14612 · Land Improvements - Phase B | 74,919.69 |
| Total 14610 · Land improvements - LKV | 90,215.32 |
| 16901 · Land Improvements - Other | 30,399.98 |
| Total 16901 · Land Improvements | 120,615.30 |
| 17000 · Accumulated Depreciation | |
| 17001 · Accum. Depreciation - Furnitur | -29,127.06 |
| 17100 · Accum. Depreciation - Equipmen | -4,201.12 |
| 17200 · Accum. Depreciation - Automobi | -25,400.21 |
| 17500 · Accum. Depreciation - Building | -123,361.30 |
| 17600 · Accum. Depreciation - Bldg Imp | -123,356.02 |
| 17000 · Accumulated Depreciation - Other | -74,786.71 |
| Total 17000 · Accumulated Depreciation | -380,232.42 |
| Total Fixed Assets | 6,695,335.37 |
| Other Assets | |
| 11400 · LOC - City of Dallas | |
| 11420 · LOC - City of Dallas - LKR | 4,039.34 |
| Total 11400 · LOC - City of Dallas | 4,039.34 |
| 13010 · Note Rec - Lancaster urban Vil | 8,292,299.00 |
| 13011 · Cash Reserves - City of Dallas | 199,701.00 |
| 13012 · Investment in LUV LLC | 4,797,575.43 |
| 13013 · Investment in Serenity Place Ap | 2,182,068.52 |
| 19000 · Deposits | 21,295.00 |
| Total Other Assets | 15,496,978.29 |
| TOTAL ASSETS | 22,587,058.69 |
| LIABILITIES & EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 20000 · Accounts Payable | 26,800.00 |
| Total Accounts Payable | 26,800.00 |
| Other Current Liabilities | |
| 23000 · Accrued Expenses | |
| 23005 · Acrued Payroll | |
| 23210 · Wages Payable | -36,822.34 |
| 23005 · Acrued Payroll - Other | 97,779.76 |
| Total 23005 · Acrued Payroll | 60,957.42 |
| Total 23000 · Accrued Expenses | 60,957.42 |
| 23200 · Payroll Liabilities | 48,554.60 |
| 23950 · Funds Payable - LUV Commercial | 544,991.76 |
| 23999 · Tenant Security Deposits Pay | 7,631.00 |
| 24150 · Lines of Credit | |
| 24160 · CIT Bank | 19,448.84 |
| Total 24150 · Lines of Credit | 19,448.84 |
| 24998 · Current Portion of Deferred Inc | 146,445.40 |
| 24999 · Curr Portion of Long-term D-002 | 124,732.97 |

WASH out w/ Liab

NOT CWCD

DRAFT

9:12 AM
03/30/21
Accrual Basis

# Citywide Community Development Corp
## Balance Sheet
### As of December 31, 2020

| | | Dec 31, 20 |
|---|---|---|
| 26500 · Notes Pay - Frost Bank | | |
| 26504 · Notes Pay-Frost Bk Acct # 59005 | 60,332.92 | |
| Total 26500 · Notes Pay - Frost Bank | | 60,332.92 |
| Total Other Current Liabilities | | 1,013,094.91 |
| Total Current Liabilities | | 1,039,894.91 |
| Long Term Liabilities | | |
| 26001 · Note Pay - COD Lanc. Off. Bldg. | | |
| 26003 · City of Dallas | 825,000.00 | |
| 26004 · Note Pay - City of Dallas | 350,000.00 | |
| Total 26001 · Note Pay - COD Lanc. Off. Bldg. | | 1,175,000.00 |
| 27040 · Note Payable - COD - LK Proj. | | 53,923.50 |
| 27300 · Notes Payable - TX Mezzanine Fd | | |
| 27058 · NP-TMF-Acct 167-05-01 | 4,842.33 | |
| 28011 · NP-TMF-Acct 167-09-01 | 91,343.59 | |
| Total 27300 · Notes Payable - TX Mezzanine Fd | | 96,185.92 |
| 27400 · Other Long-Term Liabilities | | |
| 29600 · SBA EIDL Note Payable | 150,000.00 | |
| 29601 · SBA PPP _ Loan | 21,800.00 | |
| Total 27400 · Other Long-Term Liabilities | | 171,800.00 |
| 28006 · NP - City of Dallas (BGA) | | 225,693.10 |
| 28007 · NP - City of Dallas (Opal) | | 500,000.00 |
| 28010 · NP _ City of Dallas (Serinity) | | 81,757.39 |
| 28100 · Note Payable - COD | | 50,855.23 |
| 28500 · N.P. City of Dallas HUD S 108 | | 8,492,000.00 |
| 28600 · Note Pay - Lagacy Bank | | 793,298.55 |
| 29500 · Home Tax Solutions Loan | | 25,205.24 |
| 29501 · ST & H Management Tax Loan | | 78,886.74 |
| 29998 · Current Portion of Deferred In. | | -146,445.40 |
| 29999 · Curr Portion of Long-term D-001 | | -124,732.97 |
| Total Long Term Liabilities | | 11,473,427.30 |
| Total Liabilities | | 12,513,322.21 |
| Equity | | |
| 30000 · Net Assets | | |
| 39003 · Beg Net Assets | 4,064,242.25 | |
| 39005 · Net asset adjustments | 645,920.56 | |
| 39010 · Prior Period Adjustments | -41,974.69 | |
| 30000 · Net Assets - Other | 5,243,788.89 | |
| Total 30000 · Net Assets | | 9,911,977.01 |
| 32000 · Retained Earnings | | 17,817.35 |
| Net Income | | 143,942.12 |
| Total Equity | | 10,073,736.48 |
| TOTAL LIABILITIES & EQUITY | | 22,587,058.69 |

NOT CWCDC

SBA
14925 Kingsport Rd.
Ft. Worth, TX 76155

320 R.L. Thornton Fwy
Ste 110
Dallas, TX 75203

# EXHIBIT B

9:23 AM

03/30/21

Accrual Basis

# Citywide Community Development Corp
## Profit & Loss
### January through December 2020

| | | Jan - Dec 20 |
|---|---|---|
| Income | | |
| 40000 · Rental Income | | |
| 40002 · Rental Income (DHA) | 25,729.00 | |
| 40000 · Rental Income - Other | 338,186.91 | |
| Total 40000 · Rental Income | | 363,915.91 |
| 41000 · Contributions-Unrestricted | | 38,632.06 |
| 41210 · Contributions - Unrestricted | | 21,308.45 |
| 41300 · Forgivable Debt Income | | 41,667.00 |
| 41400 · Program Service Revenue | | |
| 41401 · Program Service Rev-Government | 241,849.48 | |
| 41400 · Program Service Revenue - Other | 18,023.61 | |
| Total 41400 · Program Service Revenue | | 259,873.09 |
| 41504 · Social Services | | 2,819.50 |
| 42410 · Contributions-Unrestricted-001 | | 10,000.00 |
| 43000 · Other Income | | 5,635.00 |
| 45400 · Finance Charge Income | | -100.00 |
| 48000 · Fee Refunds | | 151.53 |
| Total Income | | 743,902.54 |
| Gross Profit | | 743,902.54 |
| Expense | | |
| 60050 · Advertising | | 2,695.00 |
| 60200 · Contract labor | | 112,549.30 |
| 61601 · Membership dues | | 220.00 |
| 62150 · Outside Contract Services | | 146,722.98 |
| 62500 · Accounting Fees | | 18,000.00 |
| 62510 · Dues & Supscriptions | | 1,543.25 |
| 62550 · Internet Expense | | 1,446.20 |
| 62890 · Rent, Parking, Utilities Reen | | 10.00 |
| 63000 · Legal Fees | | 63,303.80 |
| 63010 · Licenses and permits | | 861.25 |
| 63200 · Professional Fees | | 33,894.26 |
| 63500 · Insurance Expense | | 21,137.34 |
| 65040 · Supplies | | 113.90 |
| 65050 · Tele, Telecom-Reentry Prog | | 159.01 |
| 65135 · Miscellaneous Costs | | 1.00 |
| 65500 · Other Employee Benefits | | 250.00 |
| 65540 · Security | | 1,605.72 |
| 66000 · Office Expense | | 20,606.69 |
| 66005 · Office Supplies | | 11,458.08 |
| 66010 · Rent | | 0.00 |
| 66015 · Storage | | 2,938.00 |
| 66500 · Telephone Expense | | 10,563.54 |
| 66510 · Utilities | | |
| 66511 · Lancaster Plaza | 675.00 | |
| 66517 · Opal/Lancaster Villiage | 396.90 | |
| 66529 · Dallas Water Utilities | 4,998.36 | |
| 66510 · Utilities - Other | 35,986.90 | |
| Total 66510 · Utilities | | 42,057.16 |
| 66550 · Miscellaneous Expense | | 52,367.85 |
| 66900 · Reconciliation Discrepancies | | 650.00 |
| 67000 · Postage and Shipping Expense | | 1,485.98 |
| 67501 · Property Management Fees | | 7,675.00 |
| 68000 · Equipment Rental Expense | | 1,875.18 |
| 68500 · Maintenance Expense | | 71,161.39 |

9:23 AM
03/30/21
Accrual Basis

# Citywide Community Development Corp
## Profit & Loss
### January through December 2020

| | Jan - Dec 20 |
|---|---|
| 68505 · Waste Disposal | 13,339.00 |
| 69220 · Donations | 612.30 |
| 70000 · Travel Expense | 3,140.17 |
| 70001 · Travel/Car | 3,410.44 |
| 70010 · Meals & Entertainment | 270.74 |
| 71000 · Membership Expense | 1,506.96 |
| 71500 · Interest Expense | 32,834.41 |
| 72000 · Taxes | |
| 77790 · Property Taxes | 20,120.66 |
| Total 72000 · Taxes | 20,120.66 |
| 77000 · Payroll Expenses | |
| 77001 · Payroll Taxes | 8,056.13 |
| 77010 · Salaries Expense | 105,308.88 |
| Total 77000 · Payroll Expenses | 113,365.01 |
| 89005 · Bank Charge | 2,349.10 |
| 89550 · Program Equipment | 8,025.56 |
| 90000 · Gain/Loss on Sale of Assets | -228,731.99 |
| 99999 · Ask My Accountant | 2,366.18 |
| Total Expense | 599,960.42 |
| Net Income | 143,942.12 |

DRAFT

EX. B V CWCDC

10:15 PM
02/14/21
Accrual Basis

# Citywide Community Development Corp
## Balance Sheet
### As of February 14, 2021

| | Feb 14, 21 |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Checking/Savings | |
| 10000 · Cash on Hand & In banks | 33,118.50 |
| Total Checking/Savings | 33,118.50 |
| Accounts Receivable | 3,661.17 |
| Other Current Assets | |
| 11010 · Line of Credit-Legacy Texas Bk | 7,653.81 |
| 11491 · Due From/ To | 12,878.00 |
| 12110 · Tenant Security Deposits | 7,081.00 |
| 12500 · Developer's Fees Receivable | 183,725.00 |
| 13001 · Interest Receivable | 29,276.25 |
| 13550 · Due From-Lancaster Kiest Vill. | 11,575.00 |
| 13551 · Due From Reentry Program | 1,442.50 |
| 13610 · Employee Advances | 5,727.91 |
| 19500 · Earnest Money | 13,601.04 |
| Total Other Current Assets | 272,960.51 |
| Total Current Assets | 309,740.18 |
| Fixed Assets | 6,783,273.94 |
| Other Assets | |
| 11400 · LOC - City of Dallas | 4,039.34 |
| 13010 · Note Rec - Lancaster urban Vil | 8,292,299.00 |
| 13011 · Cash Reserves - City of Dallas | 199,701.00 |
| 13012 · Investment in LUV LLC | 4,797,575.43 |
| 13013 · Investment in Serenity Place Ap | 2,182,068.52 |
| 19000 · Deposits | 21,295.00 |
| Total Other Assets | 15,496,978.29 |
| **TOTAL ASSETS** | **22,589,992.41** |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | 27,001.64 |
| Other Current Liabilities | |
| 23000 · Accrued Expenses | 60,957.42 |
| 23200 · Payroll Liabilities | 47,555.78 |
| 23950 · Funds Payable - LUV Commercial | 544,991.76 |
| 23999 · Tenant Security Deposits Pay | 7,631.00 |
| 24150 · Lines of Credit | 265,049.02 |
| 24800 · Other Current Liabilities | -525.00 |
| 24998 · Current Portion of Deferred Inc | 146,445.40 |
| 24999 · Curr Portion of Long-term D-002 | 124,732.97 |
| 26500 · Notes Pay - Frost Bank | 60,332.92 |
| Total Other Current Liabilities | 1,257,171.27 |
| Total Current Liabilities | 1,284,172.91 |
| Long Term Liabilities | |
| 26001 · Note Pay - COD Lanc. Off. Bldg. | 1,175,000.00 |
| 27040 · Note Payable - COD - LK Proj. | 53,923.50 |
| 27300 · Notes Payable - TX Mezzanine Fd | 124,437.52 |
| 27400 · Other Long-Term Liabilities | 171,800.00 |

No assurance is placed on this financial statement.

# EXHIBIT C
# Reserved

# EXHIBIT D
# Reserved

# EXHIBIT E
# Reserved

# EXHIBIT F
# Reserved

# EXHIBIT G
## Reserved

# EXHIBIT H
# Reserved

# EXHIBIT I

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **CITY-WIDE COMMUNTY DEVELOPENT CORP.; LANCASTER URBAN VILLAGE RES. LLC; LANCASTER URBAN COMMCL. LLC** | § | **Case No. 21-30847-MVL-11** |
| | § | **PENDING PROCEDURAL CONSOLIDATION** |
| **CONSOLIDATED DEBTORS** | § | |

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

City-Wide Community, the above-captioned debtor and debtor-in-possession (collectively, the "Debtor") filed Debtor' Combined Plan and Disclosure Statement dated ________________________(the "Combined Plan and Disclosure") for the Debtor in this case. The Court has conditionally approved the Combined Plan and Disclosure, which provides information to assist you in deciding how to vote your ballot. If you do not have the Combined Plan and Disclosure, you may obtain a copy from Debtor' counsel Sartaj Bal of the law firm Sartaj Bal, PC by sending a written request via email kwiley@wileylawgroup.com, or by mail to Wiley Law Group, PLLC, 325 N. St. Paul, Ste. 2250, Dallas, Texas 75201. The Court's conditional approval of the Combined Plan and Disclosure does not indicate final approval of the Combined Plan and Disclosure by the Court.

**You should review the Combined Plan and Disclosure before you vote. You may wish to seek legal advice concerning the Combined Plan and Disclosure and your classification and treatment under the Combined Plan and Disclosure. Your Claim has been placed in the class indicated in the Combined Plan and Disclosure.**

**If your ballot is not received by the law office of Wiley Law Group, PLLC, 325 N. St. Paul, Ste. 2250, Dallas, Texas 75201. on or before_____, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned, the holder of a Class_claim against a Debtor in the unpaid amount of Dollars ( $______) principal amount of___________*[describe bond, debenture, or other debt security]* of the Debtor (For purposes of this Ballot, it is not necessary, and you should not adjust the principal amount for any accrued or unmatured interest.)

(Check one box only)

[ ] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

Dated:___

Name of creditor (if legal entity, the name of the legal entity)__

Signature: ______

Print name of signer: ___

Signer's Title (if legal entity): __

Creditor Address:______

___________________________________

RETURN THIS BALLOT TO:

**Wiley Law Group, PLLC, 325 N. St. Paul Street, Ste. 2250, Dallas, Texas 75201.**