**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| CITY WIDE COMMUNITY | § | CASE NO. 21-30847-MVL-11 |
| DEVELOPMENT CORP. | § | |
| *ET AL.* | § | |
| | § | |
| DEBTORS | § | JOINTLY ADMINISTERED |

**STIPULATION AND AGREED ORDER EXTENDING OBJECTION AND ACCEPTANCE/REJECTION OF CURE NOTICE PERIODS PURSUANT TO 11 U.S.C. §§ 105, 363, AND 365 AND (II) GRANTING RELATED RELIEF**

City Wide Community Development Corporation ("CWCDC"); Lancaster Urban Village Residential, LLC ("Residential"); Lancaster Urban Village Commercial, LLC ("Commercial, and all collectively, the "Debtors"), and the United States Department of Housing and Urban Development ("HUD"), the United States Small Business Administration ("SBA") and the United States Department of Veterans Affairs ("VA"), (collectively, the "United States"), enter into this stipulation and agreed order ("Stipulation and Agreed Order") as follows:

WHEREAS, on April 30, 2021, Debtors each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code[1];

WHEREAS, on August 9, 2021, Debtors filed the Motion to Sell Property Free and Clear of Liens under 363(f) and Bid Procedures (the "Motion") [Docket No. 157];

WHEREAS, on August 20, 2021, this Court entered the *Order (A) Approving Bidding Procedures, (B) Scheduling Bid Deadline, Auction Date, and Sale Hearing and Approving the Form and Manner of Notice Thereof, (C) Approving the Procedure for the Assumption and*

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Interim Order (defined herein).

*Assignment of Executory Contracts and Unexpired Leases and the Form and Manner of Notice Thereof, and (D) Granting Related Relief in Connection with the Debtor's Sale of Lancaster Urban Village* (the "Bidding Procedures Order") [Doc. 186], granting the Motion and, among other things, authorizing Debtors to utilize the approved Bidding Procedures to execute the Proposed Sale, subject to the terms and conditions of the Order;

WHEREAS, Paragraph 7 of the Bidding Procedures Order sets a Cure Amount Objection Deadline of September 24, 2021, at 4:00 p.m. for the filing of objections to proposed Cure Amounts related to executory contracts the Debtors propose to assume or assign.;

WHEREAS, Paragraph 14 of the Bidding Procedures Order sets a Sale Objection Deadline of September 24, 2021, at 4:00 p.m. for the filing of objections to the Proposed Sale;

WHEREAS, the Debtors and the United States have agreed, that (1) the Debtors and the United States are engaged in ongoing discussions and negotiations with respect to a VA lease listed on the Cure Notice; and (2) the Debtors and the United States agree that a Sale Objection Deadline which precedes the receipt of bids on October 4, 2021, the determination of Qualified Bidders on October 6, 2021, the conduct of the Auction on October 13, 2021, and the filing of the Auction results and the Assumed Contract Schedule on October 15, 2021, is premature with respect to the United States and could inadvertently prejudice the rights of the United States;

WHEREAS, the Debtors and the United States have therefore agreed to extend the Deadlines in the Order as follows:

   1. As to the United States, the Cure Amount Objection Deadline in Par. 7 is extended until October 16, 2021; and

   2. As to the United States, the Sale Objection Deadline in Par. 14 is extended to October 16, 2021, the day after Debtors are required to file a notice of the Auction results.

-3-

NOW, THEREFORE, in consideration of the foregoing recitals, which are incorporated into this Stipulation and Agreed Order, Debtors and the United States hereby stipulate that Pars. 7 and 14 of the Order are amended to reflect the above extensions.

IN WITNESS OF THE ABOVE STIPULATION AND AGREED ORDER, and intending to be legally bound, Debtor and the United States by and through their counsel, have executed this Stipulation and Agreed Order as of the 24th day of September 2021.

/s/ Kevin S. Wiley, Sr.
THE WILEY LAW GROUP, PLLC
State Bar No. 21470700
325 N. St. Paul Street, Suite 2250
Dallas, Texas 75201
Email: kwiley@wileylawgroup.com
*Counsel for Consolidated Debtors*

/s/Jason S. Greenwood
Trial Attorney,
U.S. Department of Justice
Civil Division
P.O. Box 875, Ben Franklin Station
Washington, DC 20044
Email: jason.s.greenwood@usdoj.gov
*Counsel for the United States*