DC-21-14549

| | |
|---|---|
| TITO MARRERO<br><br>VS.<br><br>BANK OF AMERICA CORPORATION, ET AL | IN THE DISTRICT OF<br><br>DALLAS COUNTY, TEXAS<br><br>193RD DISTRICT COURT |

## ORDER ADMINISTRATIVELY CLOSING CASE

### (Subject to Reinstatement)

This Court has received notification that a Petition under the Bankruptcy Code has been filed. Pursuant to Section 362 of the Bankruptcy Code an automatic stay of the action is now in effect. In order to manage the court's docket more efficiently, the above styled and numbered case will be closed. The right to re-open this case shall continue until thirty (30) days after the related bankruptcy stay is lifted. If this case is not re-opened within 30 days after the bankruptcy stay is lifted, the case will be dismissed for want of prosecution on the 30th day after the stay is lifted.

SIGNED this 9th day of June 2022.

_____
Judge Presiding

EXHIBIT A