# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IN RE CITY WIDE DEVELOPMENT CORPORATION | ) ) ) ) Case No. 21-30847 ) ) Chapter 11 ) ) ) ) |

### [PROPOSED]

### ORDER GRANTING BANK OF AMERICA, N.A. AND JENNIFER HOPE WRIGHT'S MOTION FOR PROTECTION AND TO QUASH THE SUBPOENA OF JENNIFER HOPE WRIGHT

The Court, upon consideration of the application of *Bank of America, N.A. and Jennifer Hope Wright's Motion for Protection and to Quash the Subpoena of Jennifer Hope Wright* against Tito Marrero, the arguments and evidence submitted by the parties, and good cause appearing, hereby GRANTS the request of Bank of America, N.A. and Jennifer Hope Wright.

It is ORDERED that:

a) Tito Marrero's *Subpoena to Testify at a Deposition in a Bankruptcy Case* and its accompanying *Notice of Oral Deposition*, including the request for documents therein, served on third party Jennifer Hope Wright are all declared INVALID.

b) Third party Jennifer Hope Wright shall not be required to appear to testify in response to the aforementioned subpoena and notice of deposition, nor shall Jennifer Hope Wright be required to produce the documents requested in the notice of deposition.

SO ORDERED.

DATED: _____

_____
JUDGE PRESIDING