UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE CITY WIDE DEVELOPMENT CORPORATION | § § § § § § § § § § § § |

Case No. 21-30847

Chapter 11

## ORDER GRANTING SHARON MIDDLEBROOKS MOTION FOR PROTECTION AND TO QUASH THE SUBPOENA OF SHARON MIDDLEBROOKS

The Court, upon consideration of the Motion of Sharon Middlebrooks application of Sharon Middlebrooks Motion for Protection and to Quash the Subpoena of Sharon Middlebrooks against Tito Marrero, the arguments and evidence submitted by the parties, and good cause appearing, hereby GRANTS the request of Sharon Middlebrooks.

It is **ORDERED** that:

a) Tito Marrero's Subpoena to Testify at a Deposition in a Banruptcy Case and its' accompanying Notice of Oral Deposition, including any request for production of documents included therein, served via certified mail to third party Sharon Middlebrooks all declared INVALID.

b) Third party Sharon Middlebrooks shall not be required to appear to testify in response to the aforementioned subpoena and notice of deposition, nor shall third party Sharon Middlebrooks be required to produce the documents requested in the notice of deposition.

**SO ORDERED.**

DATED: _____

_____
JUDGE PRESIDING