# City Wide Community Development Corporation

Ari-Tex Electric, LLC
1010 S. Greenville Ave.
Allen, TX 75002-3314

Capstone Real Estate Services, Inc.
210 Barton Springs Road, Ste 300
Austin, TX 78704-1251

City Wide Community Development Corp.
3730 S. Lancaster Road, Ste 100
Dallas, Texas 75216-5688

Linebarger Goggan Blair & Sampson
2777 Stemmons Fwy., #1000
Dallas, TX 75207-2328

Cleburne ISD
c/o Perdue Brandon Fielder Et Al 500
E. Border Street, Ste 640 Arlington,
TX 76010-7457

U.S. Attorney General
Department of Justice
Washington, DC 20001

Texas Department of Housing & Community Af
c/o The Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548   MC-008
Austin, TX 78711-2548

Prosperity Bank
c/o Matthew T. Taplett, Esq
500 W. 7th Street, Ste 600
Fort Worth, TX 76102-4751

Department of Treasury
Internal Revenue Service
Braden, TN 38010-0069

City of Dallas
C O City Secretary's Office
Dallas City Hall
1500 Marilla St., Room 5D South
Dallas, TX 75201-6390

Frost Bank
Adams Lynch & Loftin, P.C.
c/o Stacy D. Loftin
3950 Highway 360
Grapevine, TX 76051-6741

Home Tax Solutions, LLC
c/o Howard Marc Spector
12770 Coit Road, Ste 850
Dallas, TX 75251-1364

Texas Mezzanine Fund Inc.
320 S. R.L. Thornton Fwy., Ste 110
Dallas, TX 75203-1841

U.S. Attorney
1100 Commerce St., 3rd Floor Dallas,
TX 75242-1074

1100 Commerce St., Room 1254
Dallas, TX 75242-1305

Blair Foundation (Elite News)
Daryl Blair
3155 S. Lancaster Rd., Ste. 210
Dallas, TX 75216-4586

Catalyst Lancaster Urban Development, LLC
Attn: R. Rhys Heinsch
7001 Preston Road, 5th Floor
Dallas, TX 75205-1190

Prosperity Bank
101 S Main Street
Victoria, TX 77901-8154

(p) Home Tax Solutions
4849 Greenville Ave., Ste 1620
Dallas, TX 75206-4191

SunAmerica Housing Fund 1414
Foley & Lardner, LLP
2021 McKinney Ave., Ste 1600
Dallas, TX 75201-3340

Liberty Tax Office
3115 S. Lancaster Road
Dallas, TX 75216-4540

Kim's Donuts
3115 S. Lancaster Road
Dallas, TX 75216-4540

Munch Hardt
Ross Tower
500 N Akard, Ste. 3800
Dallas, TX 75201-3302

Reginal Sherman
3730 S. Lancaster Rd., Ste 100
Dallas, TX 75216-5688

ST & H Management Co.
1508 Santa Fe Dr., Ste 202
Weatherford, TX 76086-5859

State Representative Toni Rose
3155 S. Lancaster Rd., Ste 220 Dallas,
TX 75216-4586

Unique Stylz
c/o Rick Jordan
3155 S. Lancaster Rd., Ste. 110
Dallas, TX 75216-4586

Neal A. Walker
4040 N Central Expressway
Dallas, TX 75204-3158

Chris Lackey
390 Galveston Street
Bandera, TX 78003-6009

T-Mobile
Mobile One, LLC
7817 Ivanhoe Ave., Ste 320
Apple Valley, CA 92307

| | | |
|---|---|---|
| Walker & Dunlop, LLC<br>Vorys, Sater, Seymour & Pease, LLP<br>200 Public Square, Ste. 1400<br>Cleveland, OH 44114-2327 | Tito Marrero<br>P.O. Box 5222<br>Cleveland, OH 44101 | Nancy Resnick<br>Attorney Office of the U.S. Trustee<br>1100 Commerce St., Room 976<br>Dallas, TX 75242 |
| Linebarger Goggan Blair & Sampson<br>2777 Stemmons Fwy., #1000<br>Dallas, TX 75207-2328 | Layla D. Milligan<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Jonathan W. Young<br>Locke Lord, LLP<br>111 Huntington Avenue<br>Boston, MA 02199 |
| Cortney R. Robinson<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>Washington, DC 20530 | James E. Richards<br>Assistant City Attorney<br>1500 Marilla St., 7BN<br>Dallas, TX 75201 | Howard Marc Spector<br>Spector & Cox, PLLC<br>12770 Coit Rd., Ste 850<br>Dallas, TX 75251 |
| Stephen J. Humeniuk<br>Locke Lord, LLP<br>600 Congress Ave., Ste, 2200<br>Austin, TX 78701 | Brenan Kucera<br>Crowell & Kucera, PLLC<br>2028 E. Ben White Blvd., Ste. 240<br>Austin, TX 78741-6966 | Laurie A. Spindler<br>Linebarger Goggan Blair & Sampson<br>2777 N Stemmons Fwy., Ste 1000<br>Dallas, TX 75207 |
| Matthew T. Taplett<br>Pope, Hardwicke, Christie, Schell,<br>Kelly & Taplett, LLP<br>500 W 7th Street, Ste. 600<br>Fort Worth, TX 76102-4995 | Kevin S. Wiley, Sr.<br>The Wiley Law Group, PLLC<br>325 N Saint Paul St., Ste 2100<br>Dallas, TX 75201 | |
| MARSHA BRADSHAW<br>3730 S. LANCASTER RD.<br>SUITE 100<br>Dallas, TX 75230 | SHERMAN ROBERTS<br>3730 S. LANCASTER RD.<br>SUITE 100<br>Dallas, TX 75230 | WILLIAM SKEETER<br>3730 S. LANCASTER RD.<br>SUITE 100<br>Dallas, TX 75230 |